UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

MICHAEL A. KELLEY, )
)
       Petitioner, )
v. ) No. 1:06-cv-149-SEB-VSS
)
MR. AL PARKE, Superintendent, )
)
       Respondent. )

## J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the petitioner take nothing by his petition for a writ of habeas corpus and this action is **dismissed with prejudice.**

Date: 05/24/2006

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Michael Kelley
DOC #129174
Putnamville Correctional Center
1500 West U.S. 40
Greencastle, IN 46135-9275

Office of the Indiana Attorney General
Indiana Government Center South, Fifth Floor
402 West Washington Street
Indianapolis, IN 46204-2770